UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

*Innovative Technologies, Inc.*　　Case No. *00-59030*

　　　　　　　　　　　　　　　　Chapter　*7*


**APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS**

　　　　　　　　　　*Peter R. Butler/Asset Recovery Associates*
　　The undersigned, *Attorney-in-Fact for DTE Energy* applies to the
Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the
Clerk of the Court to remit to the applicant the sum of $ *2,512.22* , said
funds having been deposited into the Treasury of the United States pursuant to an
order of the Court as unclaimed funds for creditor *DTE Energy Co.* .
The applicant further states that:　　　*( f/k/a CoEnergy Trading Co.)*

1.　　(Indicate one of the following)

　　　　_____　Applicant is the creditor named in the above case and states that
　　　　　　　　no other application for this claim has been submitted by or at the
　　　　　　　　request of the creditor

　　　　✓　　Applicant is the duly authorized representative for the business or
　　　　　　　　corporation named as the creditor. Applicant has reviewed all
　　　　　　　　records of the creditor and states that no other application for this
　　　　　　　　claim has been submitted by or at the request of this creditor. An
　　　　　　　　Affidavit of Creditor is attached and made part of this application.

　　　　_____　Applicant is either a family member of the deceased creditor or a
　　　　　　　　successor in interest to the individual or business named as the
　　　　　　　　creditor. An original "power of attorney" conforming to the official
　　　　　　　　Bankruptcy Form and/or other supporting documents which
　　　　　　　　indicated the applicants' entitlement to this claim is attached and
　　　　　　　　made part of this application.

2.　　Applicant has made sufficient inquiry and has no knowledge that this claim has
　　　　been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this _12th_ day of _July_ , 20_08_.

DTE Energy Co.
(f/k/a CoEnergy Trading Co.)
Name of creditor

Signature of Applicant

_Peter R. Butler, Attorney-in-Fact_
Name and Title of Applicant

_Asset Recovery Associates_
Company Name

_2521 Cold Creek Trail_
Street Address

_South Lake Tahoe, CA 96150_
City and State

_(530) 544-3851_
Telephone number

_38-3217752 (DTE Energy)_
Tax Identification

XXX-XX-
Social Security Number

_136_
Claim Number

# LIMITED POWER OF ATTORNEY

I/we, the undersigned, affirm my/our authority to sign this document on behalf of **DTE Energy Company**.

Under this authority, in order to receive certain funds owed according to public records, and acknowledging that these funds, whether held as excess proceeds from sale of assets or as outstanding, or over-aged warrants, dividends, stale-dated checks, or bankruptcy proceeds, that are collectible by **DTE Energy Company** as owner or payee directly thereof, **DOES HEREBY APPOINT**

<u>**Asset Recovery Associates / Peter R. Butler, 2521 Cold Creek Trail, South Lake Tahoe, CA 96150**</u>

as my/our Agent and true and lawful Attorney-in-Fact, to act in my/our name and place, and for my/our benefit and on my/our behalf with limited authority and power to do the following:

A:  Seek recovery of the uncashed, stale-dated, unclaimed or undelivered funds held by the United States Bankruptcy Court, Eastern District of Michigan, in the amount of **$2,512.22. The funds are related to Case #00-59030, Debtor: Innovative Technologies, Inc., Creditor: CoEnergy Trading Co.**

B:  Secure, by all means convenient and lawful, the re-issuance and/or possession of the funds described above. To accomplish this limited purpose, I/we give **Asset Recovery Associates / Peter R. Butler** the authority to sign, execute, acknowledge, and deliver the required claim affidavits, petitions, and any other documents reasonably requested, and subsequently to obtain any and all documentation regarding the disposition of the warrant after it is delivered. In no case shall this Attorney-in-Fact or their appointees incur any financial obligation or expense on my/our behalf.

This Limited Power of Attorney expires and becomes void, without exception, 365 days from the date hereof or upon collection of the aforementioned claim(s), whichever is earlier.

Date: _____7-2-08_____

Printed Name: ___Peter oleksiak___

Signature: _____

Title: ___VP + Controller___

Company: ___DTE Energy___

Address: ___2000 2nd Ave Detroit MI 48226___

Phone No. ___(313) 235-7134___

Tax ID No. ___38-3217752___

STATE OF: _MICHIGAN_

COUNTY OF: _WAYNE_

On ___7-2-08___ , before me, _MARLANE P. POTTER_ the undersigned Notary Public,
(DATE)                                    (NOTARY PUBLIC)
personally appeared ___PETER B. OLEKSIAK___ , the individual herein named, personally known to me (or
(NAME)
proved to me on the basis of sufficient evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

**WITNESS** my hand and official seal:

(SEAL)

My commission expires: _Marlane P. Potter_

MARLANE P. POTTER
NOTARY PUBLIC, STATE OF MI
COUNTY OF ST CLAIR
MY COMMISSION EXPIRES Jan 22, 2013
ACTING IN COUNTY OF

# UNITED STATE BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

Innovative Technologies Inc.

Case No. _00 - 59030_

Chapter _7_

## AFFIDAVIT OF CLAIMANT

I, __DTE Energy Company__, do hereby state
that I am the claimant to the unclaimed funds released in this application and that I am,
to the best of my knowledge, the legal owner of these funds.

Mailing address: __2000 2nd Avenue__
__Detroit, MI   48226-1279__

Phone number: __313-235-5940__

Social security number XXX-XX-_____

If claimant is a corporation, the federal tax ID number __38-3217752__

    1.    Claimant History: Substantiate claimant's right to the claim; i.e. if the
payment is to an individual, include a copy of driver's license or state identification
card. If a corporation, include purchase agreements regarding the right to ownership.
Attached are certified copies of all necessary documentation.

    2. I (or the company which I represent) neither have previously received
remittance for this claim nor contracted with any other party other than the person
named in item one above to recover these funds.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION DIVISION

In the Matter of:
INNOVATIVE TECHNOLOGIES, INC .

Case No. 00-59030 SWR
Chapter 7
HON. Steven W. Rhodes

_____ Debtor(s). _____/

## NOTICE OF UNCLAIMED DIVIDENDS

### TO:  CLERK OF THE COURT

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a).  The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Kevin Lawrence Collins<br>1785 Maple Rd.<br>Kimball, MI 48074 | 108 | $267.99 |
| Linda M. Smith<br>Filing Status:, Docket Status: | 109 | $27.46 |
| Carol Wetzel<br>1671 Port Huron<br>Port Huron, MI 48060 | 111 | $239.09 |
| Elis J. V<br>Unknown | 114 | $18.15 |
| Scott L. Martiny<br>109 13th Apt.#2<br>Port Huron, MI 48060 | 127 | $146.69 |
| Theresa R. Losiewicz<br>6136 Lindsey<br>China Township, MI 48054 | 129 | $41.42 |
| Deborah M. Eastman<br>2406 Military St., Apt. 3<br>Port Huron, MI 48060 | 137 | $14.28 |
| Martha M. Ellis<br>1417 12th St. | 140 | $16.56 |

Port Huron, MI 48060

| | | |
|---|---|---|
| Melissa Ann Siekierski<br>3453 N.W. 44th Street, Apt. 108<br>Ft. Lauderdale, FL 33309 | 144 | $700.26 |
| Jeffrey Trombley<br>2699 CourFranc<br>St. Clair, MI 48079 | 153 | $38.74 |
| David W. Doan<br>2905 15th Ave., Apt. 3<br>MI 48060 | 156 | $282.26 |
| Russendo Gonzales<br>1024 Pine St<br>Port Huron, MI 48060 | 157 | $14.31 |
| Thomas Furman<br>25725 Mary<br>Chesterfield, MI 48051 | 159 | $457.17 |
| Stephen James Lutz<br>1875 Michigan Ave., Apt.,# D-1<br>Marysville, MI 48040 | 162 | $8.16 |
| Jeff Aiuto<br>49240 Carlos Road, Apt. 122<br>Chesterfield, MI 48051 | 164 | $356.28 |
| Eric S. Meyers<br>6352 Ravenswood Rd.<br>Kimball, MI 48074 | 172 | $202.15 |
| Ronald A. Siekierski<br>3453 NW 44 St. Apt.# 108<br>Ft. Lauderdale, Fl 33309 | 184 | $2,543.14 |
| Diversified Screen Printing Inc.<br>230 S. Brooklyn Road, P. O. Box 757<br>Napoleon, MI 49261 | 13 | $22.09 |
| Liberty Bidco Investment Corp. c/o Charles Milne<br>Tenth Floor Columbia Center, 101 W. Big Beaver Road<br>Troy, MI 48084-4160 | 14 | $1,735.89 |
| Universal Spray Technology Inc.<br>840 Hix<br>Westland, MI 48185 | 21 | $9.00 |
| Staffing Services of Michigan | 23 | $1,735.89 |

c/o Charles Milne, 101 W. Big Beaver Road
Troy, MI 48084-4160

| | | |
|---|---|---|
| Marine City Expediting<br>8097 Gratiot Blvd.<br>Columbus, MI 48063 | 27 | $75.21 |
| Rohm and Haas Automotive Coatings<br>P.O. Box 73123<br>Chicago, IL 60673 | 29 | $155.31 |
| PDQ Expediting Inc.<br>25555 Brest<br>Taylor, MI 48180 | 32 | $109.81 |
| Eppico/Epstein Industrial Supply<br>9539 Cozycroft Avenue<br>Chatsworth, CA 91311 | 37 | $28.88 |
| Advanced Ceramics<br>P. O. Box 94924<br>Cleveland, OH 44101-4924 | 39 | $15.56 |
| American Packaging Corp.<br>42950 Executive Drive<br>Harrison Township, MI 48045 | 48 | $7.94 |
| Corporate Personnel Services Inc.<br>17177 N. Laurel Park Drive, Suite 139<br>Livonia, MI 48152 | 55 | $853.14 |
| Duchane's Propane<br>5060 Booth Road<br>China, MI 48054 | 60 | $13.87 |
| Staffing Services of Michigan<br>c/o Charles Milne, 101 W. Big Beaver Road<br>Troy, MI 48084-4160 | 69 | $1,735.89 |
| Waste Management of Michigan - MidEast<br>P. O. Box 79001<br>Detroit, MI 48279-1548 | 74 | $17.27 |
| Associated Shippers Supply<br>P.O. Box 177<br>Ortonville, MI 48462 | 78 | $160.40 |
| Bouvrette Electric, Inc.<br>145 Huff Lake Court<br>Ortonville, MI 48042 | 86 | $65.05 |

| | | |
|---|---|---|
| Zep Manufacturing Co.<br>Box 382156<br>Pittsburgh, PA 15250-8156 | 88 | $6.28 |
| Enron Energy Services<br>P.O. Box 791<br>Dubin, OH 43017 | 90 | $351.26 |
| Hartland Engineering Corp.<br>6732 Highway M68, Unit 104<br>Alanson, MI 49706 | 93 | $305.22 |
| The Grape & Cheddar<br>201 N. Riverside, Riverview Plaza<br>St Clair, MI 48079 | 95 | $22.44 |
| River District Industrial Clinic<br>P. O. Box 2996<br>Grand Rapids, MI 49501 | 134 | $39.64 |
| CoEnergy Trading Co.<br>150 W. Jefferson, Suite 1800<br>Detroit, MI 48226 | 136 | $2,512.22 |
| AC Holland Mechanical Service Inc.<br>16530 Traynor<br>Southgate, MI 48195 | 143 | $26.00 |
| Idealese of Flint, Inc.<br>John A. Shea, Attorney, 120 N. Fourth Ave.<br>Ann Arbor, MI 48104 | 171 | $81.74 |
| Imprint Enterprises Inc.<br>1842 Centrepoint Drive, Suite 103 S<br>Chicago, IL 60675-1212 | 202 | $16.33 |
| Sagamore Industrial Finish<br>P. O. Box 165<br>Amesbury, MA 01913 | 204 | $148.50 |
| Ventura Systems Inc.<br>1100 Owendale, Building F<br>Troy, MI 48083 | 248 | $10.53 |
| | **TOTAL** | **$15,635.47** |

Dated: March 24, 2008

/s/ George P. Dakmak
George P. Dakmak, Trustee
615 Griswold, Suite 600

Detroit, MI 48226
(313) 964-0800
e-mail: gpd.trustee@gdakmak.com

I.  NATURE OF BUSINESS OF CLAIMANTS AND EVERY SUBSIDIARY THEREOF

Claimant: DTE Energy Company

DTE Energy Company ("Company" or "DTE") is a Michigan corporation. DTE owns, directly and indirectly, three utilities, The Detroit Edison Company ("Detroit Edison"), Michigan Consolidated Gas Company ("MichCon") and Citizens Gas Fuel Company ("Citizens"), and non-regulated subsidiaries engaged in energy marketing and trading, energy services, and various other electricity, coal and gas related businesses. The Company's address is 2000 2nd Avenue, Detroit, Michigan 48226-1279.

Claimant: DTE Enterprises, Inc.

DTE Enterprises, Inc. ("DTEE") owns, directly and indirectly, two utilities, MichCon and Citizens, and non-regulated subsidiaries primarily involved in natural gas production, gathering, processing, transmission, storage, distribution and marketing in the Midwest-to-Northeast corridor. DTEE is organized under the laws of the state of Michigan and has its principal executive offices at 2000 2nd Avenue, Detroit, Michigan 48226-1279.

Claimant: MichCon Holdings, Inc.

MichCon Holdings, Inc. is the holding company for MichCon and MichCon Enterprises, Inc. MichCon is a public utility engaged in the distribution and transmission of natural gas in the state of Michigan. MichCon's principal executive offices are located at 2000 2nd Avenue, Detroit, Michigan 48226-1279. MichCon conducts substantially all of its business in the state of Michigan and is subject to the jurisdiction of the Michigan Public Service Commission ("MPSC") as to various phases of its operations, including gas sales rates, service, and accounting. MichCon Enterprises, Inc. (a non-regulated affiliate) was formed to engage in non-regulated activities.

1.  DTE Energy Company

   A.  DTE Energy Corporate Services, LLC is a Michigan company with offices at 2000 2nd Avenue, Detroit, Michigan 48226-1279. This company is a wholly owned subsidiary of DTE Energy Company

   B.  DTE Energy Resources, LLC ("DTE ER"), formerly DTE Energy Resources, Inc., is a Delaware company. DTE ER is a wholly owned subsidiary of the Company with offices at 425 S. Main, Ann Arbor, Michigan 48104. DTE ER is engaged in energy services, electric generation, electric and gas marketing and trading and landfill gas projects. This company was converted to a Limited Liability Company on December, 20, 2007.

      1.  DTE Biomass Energy, Inc. ("DTE Biomass") is a Michigan corporation with offices at 425 S. Main, Ann Arbor, Michigan 48104. DTE Biomass is a wholly owned subsidiary of DTE ER and is engaged in landfill gas projects

         a.  Adrian Energy Associates, LLC ("Adrian Energy") is a Michigan company with offices at 29261 Wall Street, Wixom, Michigan 48393. Adrian Energy is a 50% owned subsidiary of DTE Biomass and is engaged in the production of electricity from landfill gas.

         b.  Adrian Gas Producers, L.L.C. ("Adrian Gas") is a Michigan company with offices at 425 S. Main, Ann Arbor, Michigan 48104. Adrian Gas is a 50% owned subsidiary of DTE Biomass and is engaged in landfill gas projects.

         c.  Bellefontaine Gas Producers, L.L.C. ("Bellefontaine Gas") is a Delaware company with offices at 425 S. Main, Ann Arbor, Michigan 48104. Bellefontaine Gas is a 50% owned subsidiary of DTE Biomass and is engaged in landfill gas projects.

I.    NATURE OF BUSINESS OF CLAIMANTS AND EVERY SUBSIDIARY THEREOF

### Claimant: DTE Energy Company

DTE Energy Company ("Company" or "DTE") is a Michigan corporation. DTE owns directly and indirectly, three utilities, The Detroit Edison Company ("Detroit Edison"), Michigan Consolidated Gas Company ("MichCon"), Citizens Gas Fuel Company ("Citizens"), and non-regulated subsidiaries engaged in energy marketing and trading, energy services, and various other electricity, coal and gas related businesses. The Company's address is 2000 2nd Avenue, Detroit, Michigan 48226-1279.

### Claimant: DTE Enterprises, Inc.

DTE Enterprises, Inc. ("DTEE") owns directly and indirectly, two utilities, MichCon, Citizens, and non-regulated subsidiaries primarily involved in natural gas production, gathering, processing, transmission, storage, distribution and marketing in the Midwest-to-Northeast corridor. DTEE is organized under the laws of the state of Michigan and has its principal executive offices at 2000 2nd Avenue, Detroit, Michigan 48226-1279.

### Claimant: MichCon Holdings, Inc.

MichCon Holdings, Inc. is the holding company for MichCon and MichCon Enterprises, Inc. MichCon is a public utility engaged in the distribution and transmission of natural gas in the state of Michigan. MichCon's principal executive offices are located at 2000 2nd Avenue, Detroit, Michigan 48226-1279. MichCon conducts substantially all of its business in the state of Michigan and is subject to the jurisdiction of the Michigan Public Service Commission ("MPSC") as to various phases of its operations, including gas sales rates, service, and accounting. MichCon Enterprises, Inc. (a non-regulated affiliate) was formed to engage in non-regulated activities.

1. DTE Energy Company

A. DTE Energy Resources, Inc. ("DTE ER") is a Michigan corporation. DTE ER is a wholly owned subsidiary of the Company with offices at 425 S. Main, Ann Arbor, Michigan 48104. DTE ER is engaged in energy services, electric generation, electric and gas marketing and trading and landfill gas projects.

1. DTE Biomass Energy, Inc. ("DTE Biomass") is a Michigan corporation with offices at 425 S. Main, Ann Arbor, Michigan 48104. DTE Biomass is a wholly owned subsidiary of DTE ER and is engaged in landfill gas projects.

a. Belleville Gas Producers, Inc. ("Belleville") is a Michigan corporation with offices at 425 S. Main, Ann Arbor, Michigan, 48104. Belleville is a wholly owned subsidiary of DTE Biomass and it is engaged in landfill gas projects.

b. Birmingham Gas Producers, L.L.C. (1) ("Birmingham"), is a Michigan company with offices at 425 S. Main, Ann Arbor, Michigan 48104. Birmingham is a wholly owned subsidiary of DTE Biomass and is engaged in landfill gas projects.

c. DTE Arbor Gas Producers, Inc. ("DTE Arbor") is a Michigan corporation with offices at 425 S. Main, Ann Arbor, Michigan 48104. DTE Arbor is a wholly owned subsidiary of DTE Biomass and it is engaged in landfill gas projects.

d. Escambia Gas Producers, Inc., formerly ESCA Gas Producers, Inc., ("Escambia") is a Michigan corporation with offices at 425 S. Main, Ann Arbor, Michigan 48104. Escambia is a wholly owned subsidiary of DTE Biomass and it is engaged in landfill gas projects.

e. Fayetteville Gas Producers, L.L.C., formerly Fayetteville Gas Company, L.L.C. ("Fayetteville") is a North Carolina company with offices located at 425 S. Main, Ann Arbor, Michigan 48104. Fayetteville is a wholly owned subsidiary of DTE Biomass and it is engaged in landfill gas projects.

f. Hillside Gas Producers, L.L.C. ("Hillside") is a Michigan company with offices at 425 S. Main, Ann Arbor, Michigan 48104. Hillside is a wholly owned subsidiary of DTE Biomass and is engaged in landfill gas projects.

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send to the IRS.

**Print or type** **See Specific Instructions on page 2.**

Name (as shown on your income tax return)
**DTE Energy Company**

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor  ☑ Corporation  ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ .......
☐ Other (see instructions) ▶

☑ Exempt payee

Address (number, street, and apt. or suite no.)
**2000 Second Avenue**

Requester's name and address (optional)

City, state, and ZIP code
**Detroit, Michigan 48226**

List account number(s) here (optional)

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number
38 : 3217752

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below)

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**  Signature of U.S. person ▶ _Shawn Augusty_   Date ▶ 7-18-08

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity

Cat. No. 10231X

Form **W-9** (Rev. 10-2007)

p.2          3132235          DEBORAH LANCE          Jul 19 07 07:50a

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

*Innovative Technologies, Inc.* Case No. *00-59030*

Chapter *7*

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

*DTE Energy Company* *, the sum of

*Two thousand five hundred twelve and* ²²/₁₀₀ dollars ($*2,512.22*), of unclaimed

funds held in the U.S. Treasury.

* c/o *Asset Recovery Associates*
*2521 Cold Creek Trl.*
*South Lake Tahoe, CA 96150*

_____
United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

*Innovative Technologies, Inc.*

Case No. *00-59030*

Chapter *7*

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the *19th* day of *July* ,

20 *08* , a copy of the Application for Payment From Unclaimed Funds by _____

*DTE Energy Co. (fka Co Energy Trading Co.)* was served on the

United States Attorney for the Eastern District of Michigan at the following address:

U.S. Attorney for the Eastern District of Michigan
Attn.: Michael Wicks, Civil Division-Financial Litigation
211 West Fort Street, Suite 2001
Detroit, MI 48226-3211

Dated: *7/19/08*

By: *Pete R Smith*
*Attorney-in-Fact*

# ASSET RECOVERY ASSOCIATES

El Dorado County Business License No. 1999-023328

July 19, 2008

United States Bankruptcy Court
Eastern District of Michigan
211 West Fort St.
Detroit, MI 48226



MEMBER
Northern Nevada,

Re:     **Application for Release of Unclaimed Funds**
        **Case: 00-59030, Debtor: Innovative Technologies, Inc., Creditor: CoEnergy Trading Company,**
        **Amount: $2,512.22.**

Dear USBC Eastern District of Michigan representative,

I am filing the enclosed Application for Payment of Unclaimed Funds on behalf of my client, DTE Energy Company (which merged with creditor CoEnergy Trading Company, with DTE Energy as the surviving entity). The following documents are enclosed:

1. A notarized Limited Power of Attorney that authorizes Peter Butler/Asset Recovery Associates to recover the unclaimed funds on behalf of DTE Energy Company. The LPOA has been signed by Peter B. Oleksiak, Vice President and Controller of DTE Energy Company.

2. Application for Payment of Unclaimed Funds, signed by Attorney in Fact Peter R. Butler.

3. Notarized Affidavit of Claimant, signed by Peter B. Oleksiak.

4. Excerpts from "Michigan Public Service Commission Annual Report of Major and Nonmajor Electric Utilities for Year Ending Dec. 31, 2007" that show that CoEnergy Trading Company merged with DTE Energy Trading in 2005, and that DTE Energy Trading is a wholly owned subsidiary of DTE Energy Resources which is a wholly owned subsidiary of DTE Energy Company.

5. Mr. Oleksiak's business card (attached to Affidavit of Claimant).

6. Notice of Unclaimed Dividends dated March 24, 2008.

7. Proof of Service to US Attorney for the Eastern District of Michigan.

8. Proposed Order for Payment of Unclaimed Funds.

9. Completed W9 form.

Please let me know if you have any questions regarding this application. Thank you.

Sincerely,

Peter R. Butler

2521 COLD CREEK TRAIL • SOUTH LAKE TAHOE, CA • 96150
PHONE: (530) 544-3851 • FAX: (530) 541-3462 • E-MAIL: prbtahoe@aol.com
www.assetrecoveryassociates.com